## BRIT RICHARDSON v. THE STATE.

No. 3820.  Decided November 10, 1915.

**Local Option—Sufficiency of the Evidence—Bills of Exception—Practice on Appeal.**

Where, upon trial of a violation of the local option law, the evidence sustained the conviction, there was no reversible error, in the absence of a bill of exceptions to the introduction of testimony, or the charge of the court.

Appeal from the District Court of Trinity. Tried below before the Hon. S. W. Dean.

Appeal from a conviction of a violation of the local option law; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, and *J. A. Platt,* District Attorney, for the State.—On question of sufficiency of the evidence: Burnett v. State, 62 S. W. Rep., 1063.

HARPER, JUDGE.—Appellant was convicted of selling intoxicating liquors in prohibition territory, and his punishment assessed at one year confinement in the State penitentiary.

No exceptions were reserved to the introduction of any testimony, nor to the charge of the court as given. No special charge was requested. So the only question presented for review is the sufficiency of the testimony. Tom Kirkwood testified he secured a bottle of whisky from appellant and paid him a dollar for it.

The judgment is affirmed.                    *Affirmed.*